

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00532-CR

Paul **AGUILAR**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5627
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due November 10, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court